Exhibit A

In the Matter of the Claim of

NORMAN SHEPHERD III,

-against-

The City of New York and The New York City Police Department

TO: THE COMPTROLLER OF THE CITY OF NEW YORK

**PLEASE TAKE NOTICE** that the undersigned claimant(s) hereby make(s) claim and demand against The City of New York, The New York City Police Department and Police Officer Acosta as follows:

1. The name and post-office address of the claimant and the claimant's attorney is:

Claimant:

Norman Shepherd III
103-22 170th Street
Jamaica, New York 11433
(718) 781-3951

Attorney:

Kenneth J. Montgomery, PLLC
55 Washington Street, Suite 451
Brooklyn, New York 11201
(718) 403-9261

2. The nature of claim:

The Claim is for emotional and physical personal injuries, past pain and suffering, future pain and suffering and other damages sustained as a result of an unjustified arrest, false imprisonment, libel, slander, negligence, and the false detainment of the claimant NORMAN SHEPHERD III against the City of New York and the New York City Police Department, their agents, servants and/or employees. Claimant further alleges violation of his Civil Rights as well as, violation of 42 USC 1983 and 1988.

3. The time when, the place where and the manner in which the claim arose:

**WHEN**: On January 10, 2010 at approximately 2:34 AM and up to and including July 14, 2010 at approximately 10:00 AM. **WHERE**: In the vicinity of 5th Precinct in the County and State of New York. **MANNER**: The claimant NORMAN SHEPHERD III was falsely arrested and wrongfully detained and held in jail on 5th Precinct for approximately three (3) hours as a direct result of the negligence, carelessness and recklessness of THE CITY OF NEW YORK and THE NEW YORK CITY POLICE DEPARTMENT, their agents, servants and employees; in that claimant was improperly seized; in the false arrest of claimant; in the false imprisonment of claimant; in failing to follow its own police rules, guidelines and regulations; in failing to properly and

adequately investigate; in negligently and/or willfully detaining claimant in custody; wrongfully arresting claimant without probable cause; in negligently hiring and retaining their agents, servings, officers and/or employees; in negligently and/or intentionally causing claimant emotional distress; in failing to properly and adequately investigate the background of its agents, servants, and/or employees; in violating claimant's Civil Rights; in violating 42 USC Sections 1983 and 1988; in failing to provide proper medical attention to claimant; in failing to properly and adequately train their agents, servants, officers and/or employees, more particularly, in negligently hiring and retaining its agents, servants, officers and/or employees; more particularly, in prosecuting claimant without probable cause; in detaining claimant in custody without probable cause; in negligently hiring and retaining their agents, servants, officers and/or employees. In addition, NORMAN SHEPHERD was physically thrown from the 5th Precinct by an employee of the New York Police Department where he sustained serious injuries to his shoulders and back and was then compelled to defend himself before the New York City Criminal Court at 100 Centre Street, New York, New York until his matter was dismissed with prejudice on July 14, 2010. NORMAN SHEPHERD III was embarrassed, humiliated, and made to feel like a criminal. After the aforementioned appearances, the case and the pending charges against NORMAN SHEPHERD were dismissed.

4. The items of damages or injuries claimed are:

Claimant, NORMAN SHEPHERD seeks monetary damages in the amount of ONE MILLION DOLLARS for serious physical and emotional injuries as well as, monetary damages for an unjust confinement. Claimant NORMAN SHEPHERD III further seeks punitive damages in the amount of ONE MILLION DOLLARS.

The undersigned claimants therefore present this claim for adjustment and payment. You are hereby notified that unless this claim is adjusted within the time provided by law from the date of presentation to you, the claimant intends to commence an action on this claim.

Dated: July 20, 2010
       Brooklyn, New York

*(signature)*

Norman Shepherd
103-22 170th Street
Jamaica, New York 11433

## VERIFICATION

STATE OF NEW YORK  )
                   )ss:
COUNTY OF KINGS    )

**Norman Shepherd**, being duly sworn, deposes and says that I have read the foregoing Notice of Claim and know the contents thereof; that the same is true to my own knowledge, except as to matters therein stated by me to be upon information and belief, and that, as to those matters, I believe them to be true.

_____
Norman Shepherd

Sworn to before me this
21st day of July, 2010

_____
Notary Public

VICTOR A II DUNLOP
NOTARY PUBLIC, State of New York
No. 02DU6197773
Qualified in Kings County
Commission Expires December 08, 2012

3

Exhibit B

**The New York Times** — New York/Region — More Articles in New York Region >



NYTimes.com  Go to a Section  |  Log In - Register Now

SEARCH  [ ] NYT Since 1981  [Search]

New York/Region Home | The City | Metro Campaigns | Columns | New York/Region Opinions

# Officer Accused of Threat on Wife

By THE NEW YORK TIMES
Published: November 23, 2005

A police lieutenant was arrested yesterday after the authorities said he put his gun to his wife's head in their Staten Island home and threatened to kill her during an argument that started over his birthday cake.

The lieutenant, William Doyle, was charged with menacing and possessing a weapon, and was released on $1,000 bail, according to a spokesman for the Staten Island district attorney. He was suspended from duty.

The argument began on Monday as Lieutenant Doyle, a supervisor in the 13th Precinct in Manhattan, was planning to celebrate his 47th birthday, law enforcement officials said. He was arrested yesterday after his wife, Jean, 50, called the police.

Lieutenant Doyle became upset when his wife returned home late and with the wrong kind of cake, law enforcement officials said. He threw a glass of wine at the cake, complaining that it was not made of ice cream, the officials said.

Lieutenant Doyle then threatened his wife with a masonry hammer, telling her, "I could kill you right now and open up your head," according to court papers.

Later, the couple argued again, and around 9:30 p.m. Lieutenant Doyle pressed his service revolver to the back of his wife's head, telling her that he would kill her, according to court papers. Ten minutes later, as he left for work, he again threatened his wife, the papers say. He had previously supervised the domestic violence unit in the 120th Precinct on Staten Island, officials said.

Sign In to E-Mail This
Printer-Friendly
Reprints
Save Article

STOKER COMING SOON

Advertisement



China Travel Redefined
www.ChinaSpree.com/ChinaTravel
Shop & Compare for Unbeatable Value First Class Travel at Bargain Price

AdChoices

**Most E-Mailed Articles**  The New York Times
Past 24 Hours | Past 7 Days
1. Well: Attention Disorders Can Take a Toll on Marriage
2. Prone to Error: Earliest Steps to Find Cancer
3. Adventures in Very Recent Evolution
4. Many States Adopt National Standards for Their Schools
5. Recipes for Health: Spicy Quinoa, Cucumber and Tomato Salad

Go to Complete List

More Articles in New York Region >

**RELATED SEARCHES**
Violence | Staten Island (NYC)

**INSIDE NYTIMES.COM**

   

WEEK IN REVIEW — Charles Taylor's Rise and Fall | ARTS — The Ghost in the Baghdad Museum | MAGAZINE — Making of a Toddler Supergroup | MUSIC — Digital Composer

Copyright 2005 The New York Times Company | Home | Privacy Policy | Search | Corrections | XML | Help | Contact Us | Work for Us | Site Map | Back to Top

TODAY'S PAPER | NEWSLETTERS | CLASSIFIEDS + | ARCHIVES | SUBSCRIBE | Search

**NEW YORK POST**

Like | Follow | +1

Connect what you got on the Spot — Plans starting as low as $34.99 — Get 4G Internet on your new devices with the CLEAR Spot® — GET CLEAR

### News
**Snappy dress!**
A whole new whirl for mama Alba
Lo ducks date with NY court

### Page Six
**Fuming mad**
Justin Bieber is battling to keep his squeaky-clean image after...
Gossip · Celeb Photos · Cindy Adams

### Sports
**Knicks lose**
Carmelo Anthony was no MVP last night. Instead, it was a Melo...
Teams + · Scores + · Columnists

### Entertainment
**13 under 30**
2013's hardworking new It girls are putting their sassy stamp on...
TV · Movies · Fashion · Travel

Home · News · Local + · Business · Opinion · Columnists + · Politics · Metro · US News · World News · Real Estate + · Weird But True · Crime · Lottery

Story | Comments | 0 Like | 0 Tweet | 0 Share | EMAIL | PRINT

# NYPD WIFE-SAVER CHARGED WITH THREATENING HIS OWN

**JAMIE SCHRAM**
Last Updated:
Posted: 12:00 AM, November 23, 2005

An NYPD lieutenant who once supervised a domestic-violence unit was arrested yesterday for threatening his wife with a hammer and his service weapon after she came home late to his 47th-birthday bash, authorities said yesterday.

Lt. William Doyle, who is assigned to Manhattan's 13th Precinct, was arraigned yesterday on menacing and weapons-possession charges in Staten Island Criminal Court, according to Staten Island District Attorney Daniel Donovan.

Doyle, who was suspended without pay and stripped of his gun and badge, was released after posting $1,000 bail, sources said.

The domestic incident began about 4:30 p.m. Monday, when Doyle's wife, Jean, 50, returned to their Princes Bay residence with a birthday cake while the party was in full swing, sources said.

Doyle, angry over her tardiness, got even more annoyed when he noticed the cake was not made with ice cream - and he poured wine on top of it, sources said.

Doyle grabbed a masonry hammer, put it against his wife's head and spewed, "I could kill you right now and open up your head," according to the sources.

About five hours later, Doyle allegedly threatened to kill his wife with his service weapon.

After she called cops, police arrested Doyle, who was once a sergeant in charge of the domestic-violence unit at the 120th Precinct in St. George, sources said.

**We recommend**
- Michael Jackson's daughter Paris fends off greedy relatives and plots movie stardom (National News)
- Horny music teach busted in teen 'rape' (Local News)
- Boss made me a sex toy (Local News)
- Kris and Bruce Jenner 'divorce' drama (Page Six)

**From around the web**
- Tom Cruise Makes Diva Demands To The Judicial System! (Perez Hilton)
- Mug Shot of the Day: Josh Brolin Snarling Following Public Intoxication Arrest (E! Online)
- Man Gunned Down in Clinton Hill Diner, Two in NYPD Custody (DNAinfo)
- Ex-National Lampoon CEO Tim Durham...


MoneyGram® money transfers
Send fast and secure money transfers online with MoneyGram.
Send Money Now >>
MoneyGram.
moneygram.com

**Get New York Post Emails & Alerts**
Your Email Address | SIGN-UP
By clicking 'SIGN-UP' you agree to our Terms of Use & Privacy Policy

 Photos  Videos Blogs

**Post Pics** — More Post Pics »
  

**Post Video**

Andrew Eats Fish-Head Curry — travel CHANNEL

Exhibit C

# Officer Arrested in Inquiry of 73d Precinct

By JOSEPH P. FRIED
Published: March 30, 1994

- Sign In to E-Mail
- Print

FROM THE DIRECTORS OF
LITTLE MISS SUNSHINE

In the latest move against a suspected ring of corrupt New York City police officers, Federal agents yesterday arrested an officer they said was part of the ring on charges that he falsely told a grand jury he knew nothing about the group's purported crimes.

The arrest of the officer, Christopher Banke, 25, a member of Brooklyn's 73d Precinct -- where the officers reportedly stole cash, drugs and guns from drug dealers -- is the fourth in the case. About a dozen officers in the Brownsville precinct are suspected of having been part of the rogue band.

Officer Banke, a member of the police force for three and a half years, was suspended from the force without pay after his arrest on the perjury charge. He was released in his own recognizance at his arraignment in Federal District Court in Brooklyn and refused to speak with reporters as he left the courthouse, where he had not been required to enter a plea.

Law-enforcement officials said it was possible that Officer Banke, a Lindenhurst, L.I., resident, would face additional charges besides the perjury count, which is punishable by up to five years in prison. The three officers arrested in the case earlier this month, were charged with such crimes as conspiring to engage in a pattern of illegal arrests, searches and seizures for personal gain. Report of Illegal Raid

A criminal complaint that the United States attorney's office in Brooklyn filed yesterday against Officer Banke focused on a Dec. 15, 1991, incident in which he and three other 73d Precinct officers -- not those arrested earlier this month -- were said to have illegally raided a bodega on Hopkinson Avenue in Brownsville that was suspected of being a drug-selling site. They were said to have arrested two of the three people in the store and stolen money from the three and from a bag of narcotics and cash they found in the basement.

The complaint said that the other three officers in the raid on the store were now cooperating with the investigation.

"Each of the three informants separately advised me that the Dec. 15, 1991, arrest at Hopkinson Avenue was not an isolated incident," Anthony P. Valenti, an investigator with the Federal prosecutor's office, said in the complaint. "Each separately told me that he had participated in a number of illegal searches of individuals and locations together with the defendant Christopher Banke."

The complaint said the Hopkinson Avenue raid was illegal because it was conducted "without a search warrant or probable cause" to believe that a crime had been committed on the premises. Members of 'Morgue Boys'

The complaint did not identify the officers cooperating with the inquiry, but when the three other defendants were arrested on March 8, investigators identified the cooperating officers as Daniel Eurell, Kevin Hembury and Philip Carlucci. All are serving sentences in state prisons after pleading guilty to taking part in separate drug-trafficking operations in Brooklyn and Suffolk County.

The three officers arrested on March 8 in the 73d Precinct case are Keith Goodman, Richard Sanfilippo and Frank Mistretta.

The group they and Officer Banke are accused of being part of is said to have referred to itself as the "Morgue Boys," because its members often divided their illicit booty on a street corner next to a factory that once made refrigerators for morgues. Officials have said that from 1988 to 1992 the ring conducted hundreds of illegal raids in the Brownsville area, collecting from a few hundred dollars to $2,000 on each sortie.

The accusations of corruption in the 73d Precinct first came to light during the hearings held last summer by the Mollen Commission, the city panel that investigated police corruption. Law-enforcement officials have said that up to 10 of the city's 75 police precincts have pockets of corruption.

Photo: Christopher Banke, a member of the 73d Police Precinct, was driven away after his arraignment at Federal Court in Brooklyn on charges that he lied to a grand jury investigating corrupt police officers. (Nancy Siesel/The New York Times)

Exhibit D

# NYDailyNews.com
# DAILY◉NEWS
## New York

Over the last two years, NYPD figures show that cops under review for racking... (Keivom/News)

# Civilian complaints of NYPD excessive force up 50% over last 2 years

BY ALISON GENDAR
DAILY NEWS POLICE BUREAU CHIEF
Thursday, June 11, 2009

The number of NYPD cops under review for racking up too many civilian complaints is up 50% in the last two years, department figures show.

Some 315 of the department's roughly 35,000 officers are enrolled in the NYPD's monitoring program this year because of excessive force complaints.

That's up from 210 officers put in the program in 2007.

The program, created in 1997 to monitor cops with "an inordinate amount of civilian complaints," is in the spotlight in the wake of the fatal shooting of a cop.

