Exhibit E

# State Court Judge Says NYPD Officer Used Excessive Force Against Him

**Thomas Raffaele Claims He Was Struck In Throat After Cop Charged Crowd**
June 6, 2012 9:00 PM

Share and see what your friends read on CBS Local.
What's this?



Judge Thomas Raffaele (R) claims an NYPD officer (L) used excessive force on him while responding to an incident in Jackson Heights. (credit: CBS 2)

**Filed under**

Local, News, NY News, Radio.com - News, Syndicated Local, Syndication

**Related tags**

74th Street, Jackson Heights, Ray Kelly, Thomas Raffaele, Tony Aiello

**NEW YORK (CBSNewYork)** — A judge and a New York City police officer find themselves on opposite sides of the law.  The 69-year old state judge filed a complaint accusing the cop of using excessive force.

"I've always respected what the police have done. I've seen them risk their lives for people in my neighborhood," State Court Judge Thomas Raffaele told CBS 2's Tony Aiello on Wednesday.

Raffaele said his high regard for the NYPD remains the same despite what he said was a shocking encounter with an officer last week in Jackson Heights, Queens at 74th Street and 37th Road.

Raffaele said he saw a crowd watching two officers subdue a suspect on the ground. The judge, dressed in casual clothes, called 911.

"I asked them to have some backup come as quickly as possible.  I was concerned that things might get out of control," Raffaele said.

Raffaele said when some in the crowd yelled at one officer for kneeing the suspect in the back, the cop suddenly charged into the crowd with his hand extended and allegedly hit the judge in the throat.

"I couldn't talk in the beginning because my throat was hurting so much," Raffaele said. "As I was being hit, I moved my head back a little bit. Otherwise I think I could have been killed at that moment. I didn't do anything, I was just at the side of the crowd." Over the last several days Internal Affairs investigators have been visiting stores along 74th Street, looking for any surveillance video from that Thursday night incident. Commissioner Ray Kelly said the judge is making a serious charge.

"The investigation is going forward. We have to assemble the facts and obviously talk to officers at the scene," Kelly said.

"I think that this particular individual has whatever rage problem," Raffaele said. Judge Raffaele said he believes the cop that hit him should be fired. The judge also complained that when he reported the incident to a sergeant at the scene, the sergeant ignored him.

*What do you make of the judge's claim? Share your thoughts in the comments section below…*

Exhibit F

**July Confirmed: NYPD used excessive force on 'Occupy' protesters**

Published: 26 July, 2012, 13:57



NYPD officers arrest a woman after activists gained entrance to a private park owned by Trinity Church next to Duarte Square at Sixth Avenue and Canal Street in NY (AFP Photo / Michael Bocchieri)

**TRENDS:** Occupy Wall Street

**TAGS:** Conflict, Protest, Human rights, Law, USA, Opposition, Police

A group of legal experts have published a report , which contains 130 cases that can be qualified as police brutality against Occupy Wall Street protesters in New York.

Researchers at NYU and Fordham University have concluded that NYPD officers acted beyond their powers during their intense crackdown against Occupy protesters.

Findings from the eight-month study serve to validate months of claims that demonstrators were, in fact, mistreated by officers.

The study found that police used batons, scooters, horses, and metal barricades to inflict unnecessary force and intimidation on demonstrators.

But the barricades were not only used as barriers around encampments.

According to the report, officers threw one protester so hard that she became "semi-airborne" before falling unconscious. An officer then shoved a barricade into her chest.

In several instances, officers used pepper spray to disperse peaceful demonstrators.

One protester alleged the NYPD used pepper spray to prevent her from videotaping an arrest.

A citizen journalist quoted in the report remarked, *"Physically attacking people with a chemical agent for no reason — when you have cops doing that, you don't feel safe when you see cops."*

Sarah Knuckey, an NYU law professor and key author of the report, told The Guardian, *"All the case studies we collected show the police are violating basic rights consistently and the level of impunity is shocking."*

NYPD officers organized late-night raids on peaceful encampments and made arbitrary arrests to peaceful protesters, bystanders, and journalists.

Findings show that reporters covering the protests experienced harassment from officers, including restrictions on access and arbitrary arrests.



An Occupy Wall Street protester is arrested after marching through downtown Manhattan, after New York City police removed the activists from Zuccotti Park in the early morning in NY (AFP Photo / Allison Joyce)

The report specifically mentioned that journalists were barred from covering the overnight eviction of protesters in Manhattan's Zuccotti Park last November.

*"Our crews had a very difficult time moving around between 1am and 4am. Press passes seemed not to impress the cops on the scene,"* said a journalist in the report.

The findings come after researchers reviewed hours of video footage, documents, and press reports, and conducted interviews with protesters and witnesses.

*"Many interviewees cried while speaking about their interaction with the police – they still carried a sense of trauma,"* Knuckey said.

The report also found that there is now an ongoing effort to squash protests throughout the city, even when they are peaceful and pose no threat to the public.

It's the first in a series of studies which will examine authorities' handling of the Occupy movement in five cities across the US, including Boston and Oakland.

Authors concluded that police intimidation and force only served to escalate tensions between officers and protesters, while limiting the right to free speech and assembly.

Knuckey told Reuters she hoped the US Justice Department would consider investigating the NYPD's conduct if the city refused to do so.

The authors of the report have now called for the creation of an independent inspector general to monitor the actions of the city's police department.

They also suggest authorities should launch an investigation into the NYPD's handling of Occupy Wall Street demonstrations.

The Occupy Wall Street movement began in New York 10 months ago, as a protest against corporate greed and corruption in the US.

The campaign quickly went global, sparking encampments and demonstrations in major cities across the world.

# Those NYPD 'Heroes' Strike Again

**12** November 1, 2011 at 12:03 pm ⌃ Ed Brayton

A few weeks after 9/11, Doug Stanhope went on stage and the first thing he said was, "Pardon me for not wearing my NYPD hat tonight to honor the fallen heroes, but you know, I wasn't walking around a couple years ago with a plunger hanging out of my ass to honor that same force." He was referring to the abuse of Abner Louima, a Haitian immigrant who was sodomized with a plunger handle by NYPD officers in 1997 after being arrested during a bar fight.

Balko notes another appalling incident — they seem to happen with great regularity — involving the NYPD. After a woman was hit with a stray bullet (but apparently not seriously hurt), the police decided that she was lying and that she had really been shot by a male friend of hers. So they arrested her and handcuffed her to a bench at the precinct for five days until she gave up the person they thought, for some reason, had really shot her.

**Takesha Griffin, 35, said she was handcuffed to a bench in the squad room or locked in a filthy holding cell at the 73rd Precinct stationhouse during a spirit-shattering stretch last month. Cops asked her repeatedly if she was ready to cough up the real story.**

**"They wanted me to lie," said Griffin, whose lawyer filed a notice of claim on Tuesday. "It was like 'The Twilight Zone.'"**

**During her lengthy confinement, Griffin said she urinated on herself when no one was available to escort her to the bathroom. She was also denied a sanitary napkin.**

After many years of reporting these stories on my blog, I am still continually appalled. We need to redesign our criminal justice system top to bottom in this country and we need a serious effort to eliminate police misconduct and brutality. The ubiquity of cell phones and surveillance cameras have turned up hundreds and hundreds of instances of police lying on reports and framing people to excuse their own abusive actions, and those must be a mere fraction of the problem because in most cases we don't have video to show that they are lying.

It isn't that all cops are corrupt; they're not. But it appears that most of those who don't actually engage in such corruption at the very least are complicit in it because they fail to report it when they see it and circle the wagons around their fellow officers when they stand accused.

The irony is that if a politician even talks about the problem, the right will immediately accuse them of being soft on crime. But police brutality IS a crime. The only ones being soft on it are those who excuse it and engage in demagoguery to prevent a solution to it.

Exhibit G