# Pianist Sues NYPD Officer For 'Excessive Force', Report Says Updated March 9, 2011 7:44pm

March 9, 2011 7:44pm



The incident occurred at the Metropolitan Opera, pictured here. (Flickr/A. Strakey)

By Elizabeth Ladzinski

DNAinfo Reporter/Producer

UPPER WEST SIDE — A classical pianist is suing an NYPD officer for allegedly roughing her up after she misplaced her ticket while attending the opera at the Met, the *New York Post* reported.

Aviva Aranovich said police officer Fernando Grace used "excessive force" and "brutal police conduct" when he allegedly smashed her head into a railing and slammed the door of his patrol car on her ankle, according to the paper.

The suit, filed in Manhattan Supreme Court against the city and the police officer, also says that Grace refused to grant Aranovich medical attention, and that two other officers took her to the hospital where it was discovered she had a concussion, the paper reported.

The incident occurred March 10, 2010 after Aranovich misplaced her ticket and couldn't find her seat. When she complained to the officer, he smashed her head into a railing and arrested her, according to the suit.

Fay Leousis, a lawyer for the city, told the *New York Post* that while they hadn't yet seen the suit, they "will review the matter thoroughly."

Read more: http://www.dnainfo.com/new-york/20110309/upper-west-side/pianist-sues-cop-for-excessive-force-report-says#ixzz25XhmaQ5j